Case 7:20-cv-00331   Document 71   Filed on 05/23/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIO A. GARCIA, JR., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-00331 |
| | § | |
| WHC, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING LEAVE TO FILE SEALED SETTLEMENT DOCUMENTS

Now before the Court is Defendant WHC, LLC's Unopposed Motion to Seal Settlement Documents requesting that the Court permanently seal the parties' forthcoming Unopposed Motion for Approval of FLSA Settlement and included exhibit of the Settlement Agreement and Release of Claims. (Dkt. No. 69).

Though "the courts of this country recognize a general right [of the public] to inspect and copy public records and documents," district courts have discretion to keep settlement agreements sealed when factors such as an agreement to maintain confidentiality outweigh that general right. *See Seals v. Herzing Inc.-New Orleans*, 482 Fed. App'x 893, 896 (5th Cir. 2012). Defendant has represented to the Court that confidentiality of the Settlement Agreement is a material term and a material inducement for Defendant to enter into the Settlement Agreement. (Dkt. No. 69 at 3). The Court finds that Plaintiff Mario A. Garcia, Jr.'s forthcoming Unopposed Motion for Approval of FLSA Settlement and the Settlement Agreement to be filed as an exhibit to that motion should be sealed.

Also before the Court is Plaintiff's Joint Notice of Settlement including a request to appear by video at the upcoming Status Conference on May 25, 2023. (Dkt. No. 70). The Court permits

attorneys in civil cases to appear by video, and the parties may contact the Court's case manager for access.

It is, therefore, **ORDERED** that Defendant's Motion is **GRANTED** and that the above-referenced documents shall be **SEALED** when filed.

SO ORDERED May 23, 2023, at McAllen, Texas.

*[signature: Randy Crane]*

Randy Crane
Chief United States District Judge