Case 7:20-cv-00331   Document 74   Filed on 06/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIO A. GARCIA, JR., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-00331 |
| | § | |
| WHC, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTION FOR APPROVAL OF FLSA SETTLEMENT

Now before the Court is Plaintiff Mario A. Garcia, Jr.'s Unopposed Motion for Approval of FLSA Settlement. (Dkt. No. 73). After considering the Settlement Agreement attached to the Motion as Exhibit 1, the Court finds that the Agreement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

It is, therefore, **ORDERED** that:

1. Plaintiff's Unopposed Motion for Approval of FLSA Settlement is **GRANTED**;

2. The Parties' Settlement Agreement is **APPROVED**;

3. The Court retains jurisdiction to enforce the terms of the Settlement Agreement; and

4. All remaining claims in this case are **DISMISSED** with prejudice.

SO ORDERED June 14, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge